## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OPTICAL TECH IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUAWEI TECHNOLOGIES USA INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

For its Complaint, Plaintiff Optical Tech, LLC ("Optical Tech"), by and through the undersigned counsel, alleges as follows:

## THE PARTIES

1.      Optical Tech is a Texas limited liability company with a place of business located at 1400 Preston Road, Suite 475, Plano, Texas 75093.

2.      Defendant Huawei Technologies USA Inc. is a Texas corporation with, upon information and belief, a place of business located at 5700 Tennyson Parkway, Suite 500, Plano, Texas 75024.

## JURISDICTION AND VENUE

3.      This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

4.      Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

5.      Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in

other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this district.

6.      Venue is proper in this district pursuant to §§ 1391(b), (c) and 1400(b).

## THE PATENT-IN-SUIT

7.      On June 29, 2010, United States Patent No. 7,747,172 (the "'172 patent"), entitled "Optical Communication System Having Enhanced Spectral Efficiency Using Electronic Signal Processing" was duly and lawfully issued by the U.S. Patent and Trademark Office.  A true and correct copy of the '172 patent is attached hereto as Exhibit A.

8.      Optical Tech is the assignee and owner of the right, title and interest in and to the '172 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,747,172

9.      Optical Tech repeats and realleges the allegations of paragraphs 1 through 8 as if fully set forth herein.

10.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '172 patent by making, using, importing, offering for sale, and/or selling optical communication systems, including, but not limited to OptiX ONS 8800 Intelligent Optical Transport Platforms, covered by one or more claims of the '172 patent.

11.     More specifically and upon information and belief, the OptiX ONS 8800 Intelligent Optical Transport Platform includes tunable filters used to filter data channels prior to each optical transmitter.  Multiple channels of differing bandwidth coexist in the same spectrum thus bandwidth-limiting is performed to provide a functional optical

transmission.  *See* OptiX OSN 8800 T64/T32 Intelligent Optical Transport Platform V100R006C00 Product Overview, Issue 3 (2011-09-15) at 37; IBM Redpaper, IBM System z Qualified DWDM: Huawei Optix OSN 8800 Release 5.51.07.36 and Optix OSN 1800 Release 5.67.03.22 at 11.  The OptiX ONS 8800 Intelligent Optical Transport Platform outputs the pre-filtered data channels from an optical transmitter to create a functional transmission.  *See* IBM Redpaper, IBM System z Qualified DWDM: Huawei Optix OSN 8800 Release 5.51.07.36 and Optix OSN 1800 Release 5.67.03.22 at 11; OptiX OSN 8800 T64/T32 Intelligent Optical Transport Platform V100R006C00 Product Overview, Issue 3 (2011-09-15) at 1, 49.  The OptiX ONS 8800 Intelligent Optical Transport Platform contains an optical receiver that performs digital equalization.  *See* OptiX OSN 8800 T64/T32 Intelligent Optical Transport Platform V100R006C00 Product Overview, Issue 3 (2011-09-15) at 43.  Equalization is performed to compensate for the pre-filtering applied to the channels of the data transmitter, and each channel can be pre-filtered at the transmitter as well. *See* OptiX OSN 8800 T64/T32 Intelligent Optical Transport Platform V100R006C00 Product Overview, Issue 3 (2011-09-15) at 23.

12.     Optical Tech is entitled to recover from Defendant the damages sustained by Optical Tech as a result of Defendant's infringement of the '172 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Optical Tech requests that this Court enter judgment against Defendant as follows:

A.     An adjudication that Defendant has infringed the '172 patent;

B.      An award of damages to be paid by Defendant adequate to compensate Optical Tech for Defendant's past infringement of the '172 patent and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C.      A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Optical Tech's reasonable attorneys' fees; and

D.      An award to Optical Tech of such further relief at law or in equity as the Court deems just and proper.

Dated:  December 10, 2014

*/s/Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
spangler@spanglerlawpc.com

Stamatios Stamoulis DE SB #4606
Richard C. Weinblatt DE SB #5080
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Optical Tech IP, LLC*